438 A.2d 631

Dodds v. Surety Indemnity Co., et al., Appellants.

Petition for Allowance of Appeal Denied April 2, 1982.

Argued June

558

11, 1980.  John H. Potts, for appellants;  Michael J. Pepe, Jr., for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

PRICE, J., did not participate in the consideration or decision of this case.